**United States Bankruptcy Court**
**Northern District of California, San Jose Division**

**IN RE:** Case No. ____________________

**Geology Galleries, Inc.** Chapter **7**

Debtor(s)

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **7** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 16, 2017**

***/s/ Lars Fuller***
Signature of Debtor's Attorney or Pro Per Debtor

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Accord Business Funding
3730 Kirby Dr
Houston, TX  77098-3905

Avalon Tile
1910 E Wright Cir
Anaheim, CA  92806-6028

Bedrosians
2301 Junction Ave
San Jose, CA  95131-1212

Board of Equalization
PO Box 942879
Sacramento, CA  94279-0001

Caesarstone
2500 Teagarden St Ste A
San Leandro, CA  94577-4312

Cambria
1747 Atlantic St
Union City, CA  94587-2049

Chase Merchant Services
4 Northeastern Blvd
Salem, NH  03079-5916

Christina Murphy
2998 Aetna Way
San Jose, CA  95121-2303

Comcast Business
PO Box 34744
Seattle, WA  98124-1744

Crystal Springs Water Co
2151B Delaware Ave
Santa Cruz, CA  95060-5706

Dell Associates
1690 Dell Ave
Campbell, CA  95008-6901

Dells Associations
1690 Dell Ave
Campbell, CA  95008-6901

DTI Business Systems
5873 Singing Hills Ave
Livermore, CA  94551-1189

EDD
PO Box 826880
Sacramento, CA  94280-0001

El Dorado Forklift
3582 Haven Ave
Redwood City, CA  94063-4603

Elevon Merchant One
7300 Chapman Hwy
Knoxville, TN  37920-6612

Emser Tile
2109 Bering Dr
San Jose, CA  95131-2014

Federal Express
PO Box 7221
Pasadena, CA  91109-7321

First Data Global Leasing
PO Box 173845
Denver, CO  80217-3845

First Data Global Leasing
4000 Coral Ridge Dr
Coral Springs, FL  33065-7614

First Data Merchant
5565 Glenridge Connector NE Ste 2000
Atlanta, GA  30342-1651

FM Distributing
1315 Armstrong Ave
San Francisco, CA  94124-3608

Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0001

Group Manufacturing Services
1928 Hartog Dr
San Jose, CA  95131-2212

Happy Floors
180 NW 183rd St Ste 102
Miami, FL  33169-4543

Houzz.com
285 Hamilton Ave
Palo Alto, CA  94301-2537

Humberto Hernandez
164 Roxbury St # 1
Santa Clara, CA  95050-5841

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

M&S Express, Inc.
PO Box 2189
Sisters, OR  97759-2189

Materials Marketing
701 S Capital of Texas Hwy
Austin, TX  78746-5243

Merchant One Gateway
524 Arthur Godfrey Rd # 3F
Miami Beach, FL  33140-3520

MS International
22300 Hathaway Ave
Hayward, CA  94541-4895

Pentair
10951 W Los Angeles Ave
Moorpark, CA  93021-9744

PG&E
PO Box 997300
Sacramento, CA  95899-7300

Quintals Granite and Marble
1775 Monterey Hwy
San Jose, CA  95112-6127

Republic Services
1601 Dixon Landing Rd
Milpitas, CA  95035-8100

Robert Gunn
1904 Zenato Pl
Pleasanton, CA  94566-6795

Ryan Kelly Braithwaite
671 E Brokaw Rd
San Jose, CA  95112-1005

Scott Alster CPA
51 E Campbell Ave
Campbell, CA  95008-2047

Scott Turner
1601 Foxwood St
Hollister, CA  95023-8051

Square
1455 Market St Ste 600
San Francisco, CA  94103-1357

Tabarka Studios
7501 E Redfield Rd Ste B
Scottsdale, AZ  85260-3446

United States Treasury
PO Box 37900
Hartford, CT  06176-7900

Warmer Com Systems
PO Box 6358
Concord, CA  94524-1358

Wells Fargo
PO Box 51193
Los Angeles, CA  90051-5493

Wells Fargo Bank
PO Box 6010
Hagerstown, MD  21741-6010

Wells Fargo Business Card
101 N Phillips Ave
Sioux Falls, SD  57104-6738

Wells Fargo Merchant Services
101 N Phillips Ave
Sioux Falls, SD  57104-6738

Yelp
55 Hawthorne St
San Francisco, CA  94105-3906

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$438,938.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$910,960.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$865,070.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Wells Fargo Merchant Services** | **5-1-2017; from Ryan Kelly co-obligor account** | **$20,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fuller Law Firm, P.C.**<br>**60 N Keeble Ave**<br>**San Jose, CA 95126-2723** | | **2016** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **The Fuller Law Firm, P.C.**<br>**60 N Keeble Ave**<br>**San Jose, CA 95126-2723** | | **2017** | **$12,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case: 17-51171 Doc# 1 Filed: 05/16/17 Entered: 05/16/17 17:09:58 Page 12 of 44

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| **Business name address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. **Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| **Name and address** | **Date of service From-To** |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Robert Gun** | | **Partner (Corporation) but kept his shares** | **50%** |
| **Ryan Kelly Braithwaite** | **671 E Brokaw Rd San Jose, CA 95112-1005** | **CEO (Corporation)** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**

***/s/* Ryan Kelly Braithwaite**
Signature of individual signing on behalf of the debtor

**Ryan Kelly Braithwaite**
Printed name

Position or relationship to debtor

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number *(if known)* ____________ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Geology Galleries, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-1253682** |

**4. Debtor's address**

**Principal place of business**

**671 E Brokaw Rd**
**San Jose, CA 95112-1005**
Number, Street, City, State & ZIP Code

**Santa Clara**
County

**Mailing address, if different from principal place of business**

**1173 Shamrock Dr**
**Campbell, CA 95008-6117**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**671 E Brokaw Rd San Jose, CA 95112-1005**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) ____________

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? __________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other __________

**Where is the property?** __________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency __________

Contact name __________

Phone __________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**
MM / DD / YYYY

X **/s/ Ryan Kelly Braithwaite**
Signature of authorized representative of debtor

**Ryan Kelly Braithwaite**
Printed name

Title

**18. Signature of attorney**

X **/s/ Lars Fuller**
Signature of attorney for debtor

Date **May 16, 2017**
MM / DD / YYYY

**Lars Fuller**
Printed name

**The Fuller Law Firm, PC**
Firm name

**60 N Keeble Ave**
**San Jose, CA 95126-2723**
Number, Street, City, State & ZIP Code

Contact phone

Email address **lars.fullerlaw@gmail.com**

**141270**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2017**

X **/s/ Ryan Kelly Braithwaite**
Signature of individual signing on behalf of debtor

**Ryan Kelly Braithwaite**
Printed name

______________
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Geology Galleries, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dell Associates 1690 Dell Ave Campbell, CA 95008-6901** | | | | | | **$90,192.00** |
| **Accord Business Funding 3730 Kirby Dr Houston, TX 77098-3905** | | | | | | **$30,391.00** |
| **Wells Fargo PO Box 51193 Los Angeles, CA 90051-5493** | | | | | | **$30,000.00** |
| **Chase Merchant Services 4 Northeastern Blvd Salem, NH 03079-5916** | | | | | | **$13,054.38** |
| **Franchise Tax Board PO Box 942867 Sacramento, CA 94267-0001** | | | | | | **$13,000.00** |
| **Quintals Granite and Marble 1775 Monterey Hwy San Jose, CA 95112-6127** | | | | | | **$12,075.27** |
| **Materials Marketing 701 S Capital of Texas Hwy Austin, TX 78746-5243** | | | | | | **$8,776.25** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Geology Galleries, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Business Card 101 N Phillips Ave Sioux Falls, SD 57104-6738** | | | | | | **$8,000.00** |
| **FM Distributing 1315 Armstrong Ave San Francisco, CA 94124-3608** | | | | | | **$7,020.00** |
| **Happy Floors 180 NW 183rd St Ste 102 Miami, FL 33169-4543** | | | | | | **$6,586.26** |
| **Group Manufacturing Services 1928 Hartog Dr San Jose, CA 95131-2212** | | | | | | **$5,057.21** |
| **Pentair 10951 W Los Angeles Ave Moorpark, CA 93021-9744** | | | | | | **$5,000.00** |
| **Bedrosians 2301 Junction Ave San Jose, CA 95131-1212** | | | | | | **$4,431.86** |
| **Emser Tile 2109 Bering Dr San Jose, CA 95131-2014** | | | | | | **$4,058.94** |
| **Elevon Merchant One 7300 Chapman Hwy Knoxville, TN 37920-6612** | | | | | | **$3,828.18** |
| **Scott Turner 1601 Foxwood St Hollister, CA 95023-8051** | | | | | | **$2,934.90** |
| **DTI Business Systems 5873 Singing Hills Ave Livermore, CA 94551-1189** | | | | | | **$2,703.32** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Geology Galleries, Inc.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Christina Murphy<br>2998 Aetna Way<br>San Jose, CA<br>95121-2303** | | | | | | **$2,155.57** |
| **Square<br>1455 Market St Ste 600<br>San Francisco, CA<br>94103-1357** | | | | | | **$2,119.00** |
| **Humberto Hernandez<br>164 Roxbury St # 1<br>Santa Clara, CA<br>95050-5841** | | | | | | **$2,057.51** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1. **Wells Fargo** | **Checking** | **0318** | **$-1,899.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$-1,899.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Description | Current value |
|---|---|
| 7.1. **PG&E** | **$610.00** |
| 7.2. **Lease to Dell Associates (lease not in corporate name but deposit paid by corp)** | **$17,627.98** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.
**$18,237.98**

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **3,400.00** (face amount) - **3,400.00** (doubtful or uncollectible accounts) = .... **unknown**

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.
**$0.00**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Inventory (est. auction value) Marble and granite slabs; See list attached** | **4/18/2017** | **$14,500.00** | **cost** | **$14,500.00** |
| | **Misc. Grout and tile** | **4/18/2017** | **$500.00** | | **$500.00** |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.
**$15,000.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

☐ Yes. Book value ____________ Valuation method ____________ Current Value ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **3 comp. & monitor, 1 filnig cabinet, 2 fax/copier, 4 phns, 4 ofc chairs, 1 spaper shredder, 2 desks, 1 refrig. (Book value $3600)** | **$500.00** | **auction value** | **$500.00** |
| 40. | **Office fixtures** <br> **4 pallet racks** | **$2,400.00** | **Liquidation valu** | **$2,400.00** |
| | **7 A-frams (to display slabs)** | **$1,050.00** | **liquidation valu** | **$1,050.00** |
| | **5 sample racks** | **$750.00** | | **$750.00** |
| | **4x8 island** | **$3,500.00** | **liquidation valu** | **$3,500.00** |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$8,200.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Leased forklift** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Possible Cause of action against Accord Busienss funding for $18909 preference** **$18,909.00**

**Nature of claim** **Preference**
**Amount requested** **$18,909.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$18,909.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor **Geology Galleries, Inc.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$-1,899.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$18,237.98** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$15,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$8,200.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$18,909.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$58,447.98** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$58,447.98** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Geological Galleries, Inc.
(Slab Inventory List)

| Description | Qty | Unit Value | Amt |
|---|---|---|---|
| BEAUHARNAIS LIMESTONE SLAB | 5 | $350.00 | $1,750.00 |
| CAESARSTONE CALACATTA NUEVO | 1 | $1,000.00 | $1,000.00 |
| AUTUMN VEIN-CUT TRAVERTINE SLAB | 1 | $250.00 | $250.00 |
| QUARTZ SLAB | 1 | $400.00 | $400.00 |
| WHITE MACAUBAS | 1 | $600.00 | $600.00 |
| BIANCO CARRARA SLAB | 1 | $500.00 | $500.00 |
| EGEO AZUL ONDULATO | 3 | $300.00 | $900.00 |
| CALACATTA MICHELANGELO | 1 | $500.00 | $500.00 |
| CALACATTA STATUARIO | 1 | $2,500.00 | $2,500.00 |
| FUSION AZUL | 1 | $800.00 | $800.00 |
| QUARTZITE AZUL | 1 | $500.00 | $500.00 |
| NAMIBIA GOLD GRANITE | 1 | $500.00 | $500.00 |
| LAKE PLACID | 2 | $800.00 | $1,600.00 |
| VYARA | 6 | $250.00 | $1,500.00 |
| GREEN SOAPSTONE | 1 | $800.00 | $800.00 |
| CALCITE AZUL | 1 | $400.00 | $400.00 |

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Board of Equalization**<br><br>**PO Box 942879**<br>**Sacramento, CA 94279-0001**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| **2.2** Priority creditor's name and mailing address<br>**Christina Murphy**<br><br>**2998 Aetna Way**<br>**San Jose, CA 95121-2303**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$2,155.57** | **$2,155.57** |




Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com 12345

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| 2.3 | **EDD**<br><br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | **Franchise Tax Board**<br><br>**PO Box 942867**<br>**Sacramento, CA 94267-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,000.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | **Humberto Hernandez**<br><br>**164 Roxbury St # 1**<br>**Santa Clara, CA 95050-5841** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,057.51** | **$2,057.51** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | **Internal Revenue Service**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,584.65** | **$1,584.65** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Scott Turner**<br><br>**1601 Foxwood St**<br>**Hollister, CA 95023-8051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,934.90** | **$2,934.90** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**United States Treasury**<br><br>**PO Box 37900**<br>**Hartford, CT 06176-7900** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$88.48** | **$88.48** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Accord Business Funding**<br><br>**3730 Kirby Dr**<br>**Houston, TX 77098-3905**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,391.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Avalon Tile**<br><br>**1910 E Wright Cir**<br>**Anaheim, CA 92806-6028**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,263.53** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bedrosians**<br><br>**2301 Junction Ave**<br>**San Jose, CA 95131-1212**<br>**Date(s) debt was incurred** 2013-2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,431.86** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**3.4** **Nonpriority creditor's name and mailing address**
**Caesarstone**

**2500 Teagarden St Ste A**
**San Leandro, CA 94577-4312**

**Date(s) debt was incurred** 2017
**Last 4 digits of account number** 4620

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,720.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
**Cambria**

**1747 Atlantic St**
**Union City, CA 94587-2049**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$709.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
**Chase Merchant Services**

**4 Northeastern Blvd**
**Salem, NH 03079-5916**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 2345

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,054.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
**Comcast Business**

**PO Box 34744**
**Seattle, WA 98124-1744**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** 7702

**As of the petition filing date, the claim is:** *Check all that apply.* **$689.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
**Crystal Springs Water Co**

**2151B Delaware Ave**
**Santa Cruz, CA 95060-5706**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**Dell Associates**

**1690 Dell Ave**
**Campbell, CA 95008-6901**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,192.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**DTI Business Systems**

**5873 Singing Hills Ave**
**Livermore, CA 94551-1189**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,703.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**3.11** **Nonpriority creditor's name and mailing address**
**El Dorado Forklift**

**3582 Haven Ave**
**Redwood City, CA 94063-4603**

**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$998.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Elevon Merchant One**

**7300 Chapman Hwy**
**Knoxville, TN 37920-6612**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 4087

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,828.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Emser Tile**

**2109 Bering Dr**
**San Jose, CA 95131-2014**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,058.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Federal Express**

**PO Box 7221**
**Pasadena, CA 91109-7321**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** 9168

**As of the petition filing date, the claim is:** *Check all that apply.* **$30.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**First Data Global Leasing**

**PO Box 173845**
**Denver, CO 80217-3845**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**FM Distributing**

**1315 Armstrong Ave**
**San Francisco, CA 94124-3608**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,020.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**
**Google Ad Words**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$504.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address<br>**Group Manufacturing Services**<br><br>**1928 Hartog Dr**<br>**San Jose, CA 95131-2212**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,057.21** |
| 3.19 | Nonpriority creditor's name and mailing address<br>**Happy Floors**<br><br>**180 NW 183rd St Ste 102**<br>**Miami, FL 33169-4543**<br>Date(s) debt was incurred 2013-2017<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,586.26** |
| 3.20 | Nonpriority creditor's name and mailing address<br>**Houzz.com**<br><br>**285 Hamilton Ave**<br>**Palo Alto, CA 94301-2537**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.21 | Nonpriority creditor's name and mailing address<br>**M&S Express, Inc.**<br><br>**PO Box 2189**<br>**Sisters, OR 97759-2189**<br>Date(s) debt was incurred 2013-2017<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$700.00** |
| 3.22 | Nonpriority creditor's name and mailing address<br>**Materials Marketing**<br><br>**701 S Capital of Texas Hwy**<br>**Austin, TX 78746-5243**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,776.25** |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Merchant One Gateway**<br><br>**524 Arthur Godfrey Rd # 3F**<br>**Miami Beach, FL 33140-3520**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.24 | Nonpriority creditor's name and mailing address<br>**MS International**<br><br>**22300 Hathaway Ave**<br>**Hayward, CA 94541-4895**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**3.25** **Nonpriority creditor's name and mailing address**
**MS International**

**22300 Hathaway Ave**
**Hayward, CA 94541-4895**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
**Pentair**

**10951 W Los Angeles Ave**
**Moorpark, CA 93021-9744**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
**PG&E**

**PO Box 997300**
**Sacramento, CA 95899-7300**

**Date(s) debt was incurred** _
**Last 4 digits of account number** 5177

**As of the petition filing date, the claim is:** *Check all that apply.* **$2.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
**Quintals Granite and Marble**

**1775 Monterey Hwy**
**San Jose, CA 95112-6127**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,075.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
**Republic Services**

**1601 Dixon Landing Rd**
**Milpitas, CA 95035-8100**

**Date(s) debt was incurred** 2013-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$331.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
**Scott Alster CPA**

**51 E Campbell Ave**
**Campbell, CA 95008-2047**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**
**Square**

**1455 Market St Ste 600**
**San Francisco, CA 94103-1357**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,119.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

3.32 **Nonpriority creditor's name and mailing address**
**Tabarka Studios**

**7501 E Redfield Rd Ste B**
**Scottsdale, AZ 85260-3446**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$825.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Warmer Com Systems**

**PO Box 6358**
**Concord, CA 94524-1358**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,125.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Wells Fargo**

**PO Box 51193**
**Los Angeles, CA 90051-5493**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**

**101 N Phillips Ave**
**Sioux Falls, SD 57104-6738**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Wells Fargo Merchant Services**

**101 N Phillips Ave**
**Sioux Falls, SD 57104-6738**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Yelp**

**55 Hawthorne St**
**San Francisco, CA 94105-3906**

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **First Data Merchant**<br>**5565 Glenridge Connector NE Ste 2000**<br>**Atlanta, GA 30342-1651** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Wells Fargo Bank**<br>**PO Box 6010**<br>**Hagerstown, MD 21741-6010** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **21,821.11** |
| **5b. Total claims from Part 2** | 5b. | + | $ **245,139.90** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **266,961.01** |



Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **$7,500/month; 1 year left. Current lease** | |
| State the term remaining | **12 months** | **Dells Associations**<br>**1690 Dell Ave**<br>**Campbell, CA 95008-6901** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **First Data FD130 terminal** | |
| State the term remaining | | **First Data Global Leasing**<br>**4000 Coral Ridge Dr**<br>**Coral Springs, FL 33065-7614** |
| List the contract number of any government contract | | |




Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Geology Galleries, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ryan Kelly Braithwaite** | **671 E Brokaw Rd**<br>**San Jose, CA 95112-1005** | **Chase Merchant Services** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.2 | **Ryan Kelly Braithwaite** | **671 E Brokaw Rd**<br>**San Jose, CA 95112-1005** | **Wells Fargo Merchant Services** | ☐ D<br>■ E/F **3.36**<br>☐ G |
| 2.3 | **Robert Gun** | **1904 Zenato Pl**<br>**Pleasanton, CA 94566-679** | **Dells Associations** | ☐ D<br>☐ E/F<br>■ G **2.1** |
| 2.4 | **Robert Gunn** | **1904 Zenato Pl**<br>**Pleasanton, CA 94566-6795** | **First Data Global Leasing** | ☐ D<br>☐ E/F<br>■ G **2.2** |


Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Geology Galleries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................. $ **58,447.98**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................. $ **58,447.98**

**Part 2: Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ **21,821.11**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **245,139.90**

4. **Total liabilities** ..............................................................
   Lines 2 + 3a + 3b $ **266,961.01**



Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

# United States Bankruptcy Court
## Northern District of California, San Jose Division

In re **Geology Galleries, Inc.** Debtor(s)

Case No. ______

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,565.00** |
| Prior to the filing of this statement I have received | $ | **2,565.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **The Fuller Law Firm has not agreed to share the above-disclosed compensation with any other person unless they are members of The Fuller Law Firm.**
      **However, The Fuller Law Firm occasionally requests that an attorney who is not a member of this firm to appear at a 341 meeting of creditors or other hearing and this appearance is made without compensation.**
      **In other instances, The Fuller Law Firm shares fees with special appearance counsel in an amount not to exceed $150/appearance.**
      **In such event there is no additional charge to the debtor(s).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation in any adversary proceeding or audits before the US Trustee.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2017**
*Date*

**/s/ Lars Fuller**
**Lars Fuller**
*Signature of Attorney*
**The Fuller Law Firm, PC**

**60 N Keeble Ave**
**San Jose, CA 95126-2723**

**lars.fullerlaw@gmail.com**
*Name of law firm*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com